## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| CHARUSORN CHONGCHITMATE § | |
| § | |
| *Plaintiff*, § | |
| § | |
| § | CIVIL ACTION NO. 1:23-cv-12 |
| v. § | |
| § | |
| RD AMERICA, LLC and JOHN DOE § | |
| § | |
| *Defendants*. § | |

## NOTICE OF REMOVAL
## EXHIBIT A

## PLAINTIFF'S ORIGINAL PETITION

12/5/2022
12:08pm
KB

# CITATION
## THE STATE OF TEXAS
### CAUSE NO. D-1-GN-22-006598

CHARUSORN CHONGCHITMATE , PLAINTIFF(S)

vs.

RD AMERICA, LLC; JOHN DOE , DEFENDANT(S)

TO: **RD AMERICA, LLC**
BY SERVING ITS REGISTERED AGENT COGENCY GLOBAL INC
1601 ELM STREET #4360
DALLAS TX 75201
OR WHEREVER THEY MAY BE FOUND

Defendant, in the above styled and numbered cause:
YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org."

Attached is a copy of the **PLAINTIFFS ORIGINAL PETITION** in the above styled and numbered cause, which was filed on **November 15, 2022** in the **53rd District Court** of Travis County, Austin, Texas.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, **November 18, 2022**

REQUESTED BY:
ZAPATA, ZACHARY A.
11442 N INTERSTATE 35 STE A
AUSTIN, TX 78753-2706

Velva L. Price
Travis County District Clerk
Travis County Courthouse
1000 Guadalupe, P.O. Box 679003 (78767)
Austin, TX 78701

PREPARED BY: **Ruben Tamez**

## RETURN

Came to hand on the _____ day of _____, _____ at _____ o'clock ____ M., and executed at _____ within the County of _____ on the _____ day of _____, _____, at _____ o'clock ____ M., by delivering to the within named _____, each in person, a true copy of this citation together with the **PLAINTIFFS ORIGINAL PETITION** accompanying pleading, having first attached such copy of such citation to such copy of pleading and endorsed on such copy of citation the date of delivery.

Service Fee: $ _____

Sworn to and subscribed before me this the

_____ day of _____, _____.

_____
Notary Public, THE STATE OF TEXAS
D-1-GN-22-006598

_____
Sheriff / Constable / Authorized Person

By:_____

_____
Printed Name of Server

_____ County, Texas

**SERVICE FEE NOT PAID**

11/15/2022 10:35 AM
Velva L. Price
District Clerk
Travis County
D-1-GN-22-006598
Ruben Tamez

D-1-GN-22-006598

CAUSE NO._____

| | | |
|---|---|---|
| **CHARUSORN CHONGCHITMATE** | § | **IN THE JUDICIAL DISTRICT** |
| **Plaintiff** | § | |
| | § | 53RD, DISTRICT COURT |
| | § | |
| **v.** | § | \_\_\_\_**DISTRICT COURT** |
| | § | |
| | § | |
| **RD AMERICA, LLC and JOHN DOE** | § | |
| **Defendant** | § | **TRAVIS COUNTY, TEXAS** |

## PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES CHARUSORN CHONGCHITMATE hereinafter called "Plaintiff," complaining of and about RD AMERICA, LLC, and JOHN DOE hereinafter called "Defendants" and for cause of action shows unto the Court the following:

### 1. DISCOVERY CONTROL PLAN

Plaintiff intends to prosecute this case under Discovery Control Plan 3

### 2. RULE 47 STATEMENT

Plaintiff seeks monetary relief of more than $1,000,000

### 3. PARTIES

Plaintiff is an individual and resident of Travis County, Texas.

Defendant RD AMERICA, LLC is a foreign limited liability company who may be served with process through their registered agent at:

Cogency Global Inc.
1601 Elm St., Ste. 4360
Dallas, TX 75201
Or wherever they may be served.

Defendant JOHN DOE is an unidentified employee of RD AMERICA, LLC and will be served promptly after Defendants disclose his information.

All Defendants are amenable to service of process by a Texas court.

### 4. JURISDICTION

This court has jurisdiction over the parties because all either reside in Texas, or do business in Texas. The court has jurisdiction over the controversy because the damages are within the jurisdictional limits of the court. This court has the statutory power to declare rights, status, and other legal relations pursuant to Tex. Civ. Prac. & Rem. Code§ 37.003, whether or not further relief is or could be claimed.

### 5. VENUE

Venue is proper in Travis County, Texas because the incident made the basis of this suit occurred in Travis County.

### 6. FACTS

On or about September 7, 2022 Plaintiff Charusorn Chongchitmate was on Defendant RD AMERICA, LLC's premise as an invitee. Specifically, Plaintiff was shopping at the 820 Blackson Ave., Austin, TX location for RD AMERICA, LLC. During Plaintiff's time on said premise, JOHN DOE was driving a forklift in the course and scope of his employment with RD AMERICA, LLC and eventually collided into Plaintiff. Plaintiff was seriously injured in this accident.

## 7. NEGLIGENCE

Defendants RD AMERICA, LLC and JOHN DOE were negligent in their operation of the fork lift in question. Defendants owed Plaintiff a duty of reasonable care when they undertook to operate the fork lift. Defendants breached their duty of care to Plaintiff by: failing to exercise a duty to use ordinary care when operating the fork lift in question; failing to exercise a duty to use ordinary care when loading and/or unloading products; failing to maintain its premises in a reasonably safe condition; failing to properly train its employees in loading and/or unloading products; failing to properly train its employees in operating fork lifts; failing to inspect its premises to discover latent defects; failing to protect against danger; failing to make safe any defects; failing to give adequate warning of any dangers; and, failing to properly maintain its premises or eliminate any defect or other dangerous condition on its premises.

Defendants' negligent conduct further constituted a breach of the duty of ordinary care because Defendants knew, or in the exercise of ordinary care should have known, that they were not properly operating the fork lift, loading and/or unloading products, or training its employees and thus created an unreasonable risk of harm to persons such as Plaintiff. Defendants' acts and omissions constitute negligence and gross negligence that proximately caused the injuries and damages to Plaintiff. Defendants' malicious and conscious indifference and reckless disregard for Plaintiff's safety constitutes negligence and gross negligence. As such, Defendants' acts and omissions proximately caused Plaintiff's injuries and entitles Plaintiff to an award of exemplary damages against Defendants.

## 8. RESPONDEAT SUPERIOR

Defendant RD AMERICA, LLC is liable under the doctrine of respondeat superior for the conduct of JOHN DOE because he was operating the vehicle made the basis of this suit in the course and scope of his employment for RD AMERICA, LLC. Defendants are also following in one or more of the following respects:

a. Negligent hiring

b. Negligent entrustment

c. Negligent supervision

d. Negligent training and safety implementation

e. General Negligence

Each of these acts and/or admissions, whether taken singularly or in any combination constitutes negligence, negligence per se and gross negligence which proximately caused the collision and injuries and other losses set specifically herein.

## 9. DAMAGES

Plaintiff seeks unliquidated damages within the jurisdictional limits of this Court.

As a direct and proximate result of the collision and the negligent conduct of the Defendants, Plaintiff suffered severe bodily injuries. The injuries have had a serious effect on the Plaintiff's health and well-being. Some of the effects are permanent and will abide with the Plaintiff for a long time into the future, if not for their entire life.

As a further result of all of the above, Plaintiff has incurred expenses for medical care and attention. These expenses were incurred for the necessary care and treatment of the injuries

resulting from the incident complained of. The charges are reasonable and were the usual and customary charges made for such services in the county where they were incurred.

As a further result of the injuries sustained by the Plaintiff, there is a reasonable probability that they will require further medical care and attention and will incur future reasonable and necessary expenses for their medical care and attention.

Plaintiff pleads all matters herein supplementally and/or in the alternative, in order that these pleadings may effectuate the maximum degree of recovery available under Texas law against one or more Defendants, individually and/or collectively, jointly and/or severally, found liable for such injuries and damages.

As a direct and proximate result of Defendants' breach of duty, Plaintiff was caused to incur the following damages:

   a) Reasonable and necessary medical care and expenses in the past;
   b) Reasonable and necessary medical care and expenses that will, in reasonable probability, be incurred in the future;
   c) Physical pain and suffering in the past;
   d) Physical pain and suffering that will, in reasonable probability, be suffered in the future;
   e) Physical impairment in the past;
   f) Physical impairment that will, in reasonable probability, be suffered in the future;
   g) Mental anguish in the past;
   h) Mental anguish that will, in reasonable probability, be suffered in the future;
   i) Lost wages;
   j) Loss of earning capacity in the past;
   k) Loss of earning capacity that will, in reasonable probability, be incurred in the future;
   l) Disfigurement in the past;
   m) Disfigurement that will, in reasonable probability, be suffered in the future; and
   n) Property damage; and
   o) Exemplary Damages

## 10. PREJUDGMENT AND POSTJUDGMENT INTEREST

Plaintiff seeks pre-judgment and post-judgment interest as provided by law.

## 11. JURY FEE

Plaintiff demands a trial by jury, and shall tender the jury fee.

## 12. RESERVATION OF RIGHTS

Plaintiff reserves the right to prove the amount of damages at trial. Plaintiff reserves the right to amend their petition and add additional counts and/or parties as discovery continues.

## 13. NOTICE PURSUANT RULE 193.7

This will serve as formal written notice to you, pursuant to Rule 193.7 of the Texas Rules of Civil Procedures, of the Plaintiff intends to use at trial any and all documents, which you have produced on behalf of the Defendants in response to any formal written discovery request, and any and all supplemental and/or amended responses to any formal written discovery requests, including, but not limited to, answers to interrogatories; responses to requests for production; responses to requests for disclosures, affidavit, deposition on written questions, Rule 11, or any documents and things created and/or produced by Defendants from any source, and provided to the Plaintiff.

## 14. CONDITIONS PRECEDENT

All conditions precedent have been performed or have occurred.

## 15. SELF-AUTHENTICATION PURSUANT TO RULE 193.7

This serves as notice, pursuant to Tex. R. Civ. P. 193.7, that Defendants' production of any document, in response to any of Plaintiff's written discovery requests, authenticates the document for use against the Defendants in any pretrial proceeding or at trial, unless, within 10 days after receiving this notice, the Defendants objects to the authenticity of the document, or any part thereof, stating the specific basis for the objection.

## 16. PRAYER

WHEREFORE, Plaintiff prays that, on final trial, Plaintiff have:

A. Judgment against Defendants within the jurisdictional limits of this court.

B. Pre-judgment and Post-judgment interest

C. Costs of suit

D. Injunctive relief to obtain pertinent evidence

E. All such other relief, at law or at equity, to which Plaintiffs may show themselves to be entitled.

Respectfully submitted,

**DANG LAW GROUP, PLLC**

By: /s/ *Zachary A. Zapata*
Zachary A. Zapata
State Bar No. 24110880
zach@danglawgroup.com
11442-A N IH-35
Austin, TX 78753
Tel: 512-973-8997
Fax 512-276-6638

**ATTORNEY FOR THE PLAINTIFF**