

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CHARUSORN CHONGCHITMATE, § | |
| PLAINTIFF, § | |
| § | |
| V. § | CAUSE NO. 1:23-CV-12-LY |
| § | |
| RD AMERICA, LLC AND JOHN DOE, § | |
| DEFENDANTS. § | |

## FINAL JUDGMENT

Before the court is the above-referenced cause. On this day, the court rendered an order dismissing Plaintiff's action with prejudice. The court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Defendants are awarded costs.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

SIGNED this _15th_ day of February, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE